IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SEASONS USA, INC., ET AL, § § § *Plaintiffs,* § § v. § SCS DIRECT, INC., d/b/a § RIVER COLONY TRADING, § § *Defendant.* § § | Civil Action No. 2:22-CV-00409-JRG-RSP |

**ORDER**

Defendant SCS Direct, Inc. previously filed a Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or in the Alternative to Transfer to the District of Connecticut (Dkt. No. 8). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 40), recommending denial of SCS Direct's motion to dismiss or in the alternative transfer. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or in the Alternative to Transfer to the District of Connecticut (Dkt. No. 8) is **DENIED**.

**So Ordered this**

**Aug 17, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE